1 | WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
2 | CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
3 | COMMISSION
San Francisco District Office
4 | 350 The Embarcadero, Suite 500
San Francisco, California  94105
5 | Telephone:  (415) 625-5653
Facsimile: (415) 625-5657
6 |
7 | Attorneys for Plaintiff Equal Employment Opportunity Commission
8 |
9 | **UNITED STATES DISTRICT COURT**
10 | **NORTHERN DISTRICT OF CALIFORNIA**
11 |
12 | **EQUAL EMPLOYMENT OPPORTUNITY**   ) Civil Action No.
**COMMISSION,**                     )
13 |                                    ) **COMPLAINT**
                  Plaintiff,          )
14 |                                    ) Civil Rights - Employment
v.                                   ) Discrimination
15 |                                    )
**ABLE SERVICES, INC. dba ABLE**     )
16 | **BUILDING MAINTENANCE COMPANY,**   ) JURY TRIAL DEMAND
                                     )
17 |                  Respondent.        )
                                     )
18 | ——————————————————————————————     )
19 | **NATURE OF THE ACTION**
20 |     This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the
21 | Civil Rights Act of 1991 to correct unlawful employment practices on the basis of
22 | retaliation, and to provide appropriate relief to Mr. Phillip Holmes who was aggrieved
23 | by Defendant's unlawful practices.  Plaintiff alleges that Defendant Able Services, Inc.
24 | dba Able Building Maintenance Company refused to continue the employment of one
25 | of its employees in retaliation for his having opposed the use of racial invective in the
26 | workplace.
27 | **JURISDICTION AND VENUE**
28 |     1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331,

COMPLAINT                                                                          Page 1

1   1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706 (f)

2   (1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C.

3   §2000e-5 (f) (1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C.

4   §1981(a).

5   2.      The unlawful employment practices alleged herein were committed in the

6   State of California, in the City and County of San Francisco. Venue is therefore proper

7   in the United States District Court for the Northern District of California.

8   ## INTRA-DISTRICT ASSIGNMENT

9   3.      This action is appropriate for assignment to San Francisco/Oakland as a

10  substantial part of the events giving rise to this claim took place in the City and County

11  of San Francisco.

12  ## PARTIES

13  4.      Plaintiff, the Equal Employment Opportunity Commission

14  ("Commission"), is the agency of the United States of America charged with the

15  administration, interpretation and enforcement of Title VII, and is expressly authorized

16  to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and

17  (3).

18  5.      Plaintiff is informed and believes, and on this information and belief

19  alleges that at all relevant times, Defendant Able Services, Inc., dba Able Building

20  Maintenance Company ("Defendant"), has continuously been, and is now, a California

21  corporation, qualified and doing business in the state of California and has

22  continuously had and does now have at least 15 employees.

23  6.      At all relevant times, Defendant has continuously been, and is now, an

24  employer engaged in an industry affecting commerce within the meaning of Sections

25  701(b), (g) and (h) of Title VII, 42 U.S.C.§ 2000e(b), (g) and (h).

26  ## STATEMENT OF CLAIMS

27  ### Violation of Title VII of Civil Rights Act Based on Retaliation

28  7.      More than thirty days prior to the institution of this lawsuit, Charging

Party Phillip Holmes filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Beginning on or about May 2, 2005, Defendant engaged in unlawful employment practices in violation of Section 704 (a) of Title VII, 42 U.S.C. § 2000e-3 (a), by subjecting Charging Party to adverse employment actions, including failing to continue his employment at 555 California Street, in retaliation for his having opposed the use of racial invective in the workplace.

9. The effect of the practices complained of above in paragraph 8 has been to deprive Charging Party of equal employment opportunities and otherwise adversely affect his employment status because of his opposition to discrimination..

10. The unlawful employment practices complained of above in paragraph 8 were and are intentional.

11. The unlawful employment practices complained of above in paragraph 8 were done with malice and/or reckless indifference to the federally protected rights of Charging Party.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation against its employees.

B. Order Defendant to institute and carry out policies, practices, and programs which do not discriminate through retaliation against employees who oppose discrimination, harassment or racial invective and/or make a charge, testify, assist, or participate in any manner in an anti-discrimination investigation, proceeding, or hearing; and which eradicate the effects of its unlawful employment practices.

C. Order Defendant to make whole Charging Party by providing appropriate back pay, lost wages and benefits with prejudgment interest, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but

1 | not limited to reinstatement and/or front pay and other appropriate relief to be
2 | determined at trial.

3 |      D.    Order Defendant to make whole Charging Party by providing
4 | compensation for past and future pecuniary losses resulting from the unlawful
5 | employment practices complained of above, including but not limited to medical
6 | expenses or other out of pocket expenses in amounts to be determined at trial.

7 |      E.    Order Defendant to make whole Charging Party by providing
8 | compensation for past and future non-pecuniary losses resulting from the unlawful
9 | practices complained of above, including but not limited to pain and suffering,
10 | emotional distress, indignity, loss of enjoyment of life, loss of self-esteem and
11 | humiliation, in amounts to be determined at trial.

12 |      F.    Order Defendant to pay Charging Party punitive damages for its malicious
13 | and reckless conduct complained of above, in amounts to be determined at trial.

14 |      G.    Grant such further relief as the Court deems necessary and proper in the
15 | public interest.

16 |      H.    Award the Commission its costs of this action.

17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

COMPLAINT     Page 4

1

JURY TRIAL DEMAND

2          Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff

3   hereby demands a jury trial.

4

5                                              RONALD S. COOPER
                                               General Counsel

6                                              JAMES L. LEE
                                               Deputy General Counsel

7
                                               GWENDOLYN YOUNG REAMS
8                                              Associate General Counsel

9                                              EQUAL EMPLOYMENT OPPORTUNITY
                                               COMMISSION
10                                             Office of the General Counsel
                                               Washington, DC 20507

11

12   Dated: _____           _____

13                                             WILLIAM R. TAMAYO
                                               Regional Attorney
14

15   Dated: _____           _____

16                                             JONATHAN T. PECK
                                               Supervisory Trial Attorney
17

18   Dated: _____           _____

19                                             CINDY O'HARA
                                               Senior Trial Attorney
20
                                               EQUAL EMPLOYMENT OPPORTUNITY
21                                             COMMISSION
                                               San Francisco District Office
22                                             350 The Embarcadero, Suite 500
                                               San Francisco, CA 94105
23

24

25

26

27

28

COMPLAINT                                                                          Page 5