# KM&M
KAUFF McCLAIN & McGUIRE LLP

ONE POST STREET · SUITE 2600
SAN FRANCISCO, CA 94104

TELEPHONE (415) 421-3111
TELECOPIER (415) 421-0938

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

June 26, 2007



**VIA E-FILING**

Hon. James Larson
United States District Court
Northern District
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA  94102

Re: Equal Employment Opportunity Commission v. Able Services, Inc.
Case No. C 07-01776 JL

Dear Judge Larson:

My office represents Defendant Able Services, Inc. in the above-referenced matter. I respectfully request to appear telephonically at the July 11, 2007 Case Management Conference scheduled for 10:30 a.m. My telephone number (415) 421-3111.

Very truly yours,

DANIELLE M. ELLIS

DME:ksb

119145.v1