IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC, | No. C 07-01776 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ABLE SERVICES INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/16/07 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 04/04/08

DESIGNATION OF EXPERTS: 03/03/08; REBUTTAL: 03/21/08    .
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 04/04/08.

DISPOSITIVE MOTIONS **SHALL** be filed by 04/11/08;

Opp. Due 04/25/08;  Reply Due 05/02/08

and set for hearing no later than 05/16/08 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 06/17/08 at 3:30 PM.

JURY TRIAL DATE: 06/30/08 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be one week.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/14/07

SUSAN ILLSTON
United States District Judge