WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. C-07-1776 SI |
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT DATES; DECLARATION OF CINDY O'HARA; [proposed] ORDER** |
| v. | |
| **ABLE SERVICES, INC. dba ABLE BUILDING MAINTENANCE COMPANY,** | |
| Defendant. | |

## STIPULATION AND REQUEST

The parties to this action, by and through their counsel of record, hereby stipulate and request a two month continuance of the February 8, 2008 case management conference, and a three month continuance of all other case management dates in this matter. This request is based on the stipulation of the parties, and on the accompanying declaration of Cindy O'Hara in support thereof.

The requested continued dates are as follows:

| Event | Current date | Proposed date |
|---|---|---|
| Case management conference | February 8, 2008 | April 11, 2008 |
| Designation of experts | March 3, 2008 | June 2, 2008 |

| | | |
|---|---|---|
| Designation of rebuttal experts | March 21, 2008 | June 20, 2008 |
| Non-expert and expert discovery cutoff | April 4, 2008 | July 7, 2008 |
| Dispositive motions filed by | April 11, 2008 | July 11, 2008 |
| Dispositive motion hearing by | May 16, 2008 | August 15, 2008 |
| Pretrial conference date | June 17, 2008 | September 16, 2008 |
| Jury trial date | June 30, 2008 | September 29, 2008 |

IT IS SO STIPULATED.

Dated: January 29, 2008

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:  /S/ Cindy O'Hara
For Plaintiff EEOC

Dated:_____

KAUFF McCLAIN & McGUIRE, LLP

By: /s/ CHARLES L. THOMPSON, IV
Charles L. Thomson, IV
Danielle Ellis
For Defendant Able Services, Inc.

### DECLARATION OF CINDY O'HARA

I, Cindy O'Hara, declare:

1. I am an attorney at law licensed to practice in the state of California, a senior trial attorney with Plaintiff Equal Employment Opportunity Commission (EEOC), and an attorney of record for Plaintiff EEOC in this action.

2. On November 16, 2007, Defendant Able Services's counsel Danielle Ellis and I, as counsel for Plaintiff EEOC, attended a case management conference, at which we discussed with the Court our plans for Defendant obtaining some documents through subpoena, and Plaintiff EEOC conducting one deposition, and then returning to mediation. At said case management conference, Ms. Ellis informed me that she was leaving right after the case management conference for the Thanksgiving week. The following week I was in Chicago all

week on depositions in another matter. I returned to the office on December 3, 2007, however on December 5, 2007 I commenced an unanticipated six week medical leave, from which I just returned on January 18, 2008. Nothing was done on the case in my absence.

3. Since my return to work, I have spoken with Ms. Ellis and the mediator, and we are in the process of arranging a mediation and a date for Plaintiff EEOC's deposition.

4. Since the February 8, 2008 Case Management Conference was set anticipating that the mediation would have taken place by then and it has not, the parties now request a two month continuance of that date to allow the parties to conduct the discovery they represented was necessary prior to mediation (subpoena of documents on the part of Defendant, one deposition on the part of Plaintiff), and the mediation session, prior to a Case Management Conference.

5. In addition, because of the unanticipated delay in this case due to my medical leave, the parties request that all dates be continued as set forth in the proposed order below, to allow the parties to conduct and conclude discovery should they not be successful in settling the case at mediation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2008, at San Francisco, California.

_____/S/_____

Cindy O'Hara

**ORDER**

It is ordered that the case management dates in this matter be continued as follows:

| Event | Current date | New date |
| --- | --- | --- |
| Case management conference | February 8, 2008 | April 11, 2008 |
| Designation of experts | March 3, 2008 | June 2, 2008 |
| Designation of rebuttal experts | March 21, 2008 | June 20, 2008 |
| Non-expert and expert discovery cutoff | April 4, 2008 | July 7, 2008 |
| Dispositive motions filed by | April 11, 2008 | July 11, 2008 |

| | | |
|---|---|---|
| 1  Dispositive motion hearing by | May 16, 2008 | August 15, 2008 |
| | 9/30/08 | 10/14/08 |
| 2  Pretrial conference date | June 17, 2008 | September 16, 2008 |
| 3  Jury trial date | June 30, 2008 | September 29, 2008 |
| | | 10/27/08 |

IT IS SO ORDERED.

Dated:_____    _____
  *[signature: Susan Illston]*
  United States District Court Judge