1  CHARLES L. THOMPSON IV (State Bar No. 139927)
   Email: thompson@kmm.com
2  DANIELLE M. ELLIS (State Bar No. 226581)
   Email: ellis@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone: (415) 421-3111
5  Facsimile: (415) 421-0938

6  Attorneys for Defendant
   ABLE BUILDING MAINTENANCE
7

8  CINDY O'HARA (State Bar No. 114555)
   Email: cindy.ohara@eeoc.gov
9  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   350 The Embarcadero, Suite 500
10 San Francisco, CA 94105
   Telephone: (415) 625-5653
11 Facsimile: (415) 625-5657

12 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 | EQUAL EMPLOYMENT OPPORTUNITY       | CASE NO. C 07-01776 SI
   | COMMISSION,                         |
18 |                                     | **JOINT CASE MANAGEMENT
   |              Plaintiff,             | STATEMENT and REQUEST TO
19 |                                     | CONTINUE CASE
   |         v.                          | MANAGEMENT CONFERENCE;
20 |                                     | [proposed] ORDER**
   | ABLE SERVICES, INC. dba ABLE        |
21 | BUILDING MAINTENANCE COMPANY,       | **COMPLAINT FILED:** March 29, 2007
   |                                     |
22 |              Respondent.            |

23

24         Plaintiff and Defendant, through their respective counsel, submit the

   following Joint Case Management Statement:
25

26         The Parties, through the Court's ADR program, have reached a settlement

27
   ─────────────────────────────────────────────
28 JOINT CASE MANAGEMENT STATEMENT and                    CASE NO. C 07-01776 JL
   REQUEST TO CONTINUE CASE MANAGEMENT
   CONFERENCE; ORDER

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

in principal and are currently working on the documents to finalize the settlement. Once the settlement has been finalized it will be submitted to the Court as a consent decree. At this time, the Parties respectfully request that the Case Management Conference currently set for April 7, 2008 (by the Court's March 20, 2008 Notice) be continued to June 2008.

DATED: April 1, 2008                KAUFF McCLAIN & McGUIRE LLP

By: _____/S/ Charles L. Thompson IV_____
    CHARLES L. THOMPSON IV
    DANIELLE M. ELLIS

Attorneys for Defendant
ABLE BUILDING MAINTENANCE

DATED: April 1, 2008                EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____/S/ Cindy O'Hara_____

For Plaintiff EEOC

**I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGAPH SIGNATURES FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS E-FILED DOCUMENT**

## ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference in this matter, presently set for April 7, 2008, be continued to June __6__, 2008.

Dated:_____          _____
                                  U.S. District Court Judge

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

JOINT CASE MANAGEMENT STATEMENT                    CASE NO. C 07-01776 JL